UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JARED HARDY,

                    Plaintiff,

      -against-

ANTHONY LAROCCA, *et al.*,

                    Defendants.
------------------------------------------------------------------X

FILED
CLERK
2:20 pm, May 09, 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**MEMORANDUM & ORDER**
25-CV-1775 (GRB)(JMW)

**GARY R. BROWN, United States District Judge:**

      Before the Court is the application filed by Jared Hardy ("Plaintiff"), who is incarcerated and acting *pro se*, to proceed *in forma pauperis* ("IFP"). (Docket Entry ("DE") 5.) Upon review, the Court finds that Plaintiff's financial position as reported on the application qualifies him to commence this action without prepayment of the filing fee. Accordingly, the renewed IFP application is granted and the Court orders service of the summonses and complaint upon the defendants by the United States Marshal Service in accordance with 28 U.S.C. § 1915(d).

      Accordingly, the Clerk of the Court shall issue a summons to each defendant and shall forward the summonses together with copies of the complaint and this Order to the USMS. Once complete, the USMS shall promptly file returns of service with the Court.

      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). The Clerk of Court is respectfully directed to serve a copy of this order to Plaintiff at the address of record and note service on the docket.

**SO ORDERED**.

Dated:      May 9, 2025
              Central Islip, New York

/s/ Gary R. Brown
GARY R. BROWN
United States District Judge

2